UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MONTEZ L. TAYLOR,

      Petitioner

    v.                                          C-1-05-526

WARDEN, LEBANON CORRECTIONAL
INSTITUTION,

      Respondent

## ORDER

This matter was referred pursuant to 28 U.S.C. § 636 to the United States Magistrate Judge for consideration and report on the Petition for Writ of Habeas Corpus filed by the petitioner pursuant to 28 U.S.C. § 2254. The matter is before the Court upon the Report and Recommendation of the Magistrate Judge (doc. no. 21) recommending that petitioner's Motion to Hold Proceedings in Abeyance (doc. no. 6) and Motion to Amend Petition be denied. Neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by petitioner, this Court accepts the Report as uncontroverted.

2

Accordingly, the Court accepts the factual findings and legal reasoning of the Magistrate Judge and hereby **ADOPTS AND INCORPORATES BY REFERENCE** into this Order his Report and Recommendation dated August 14, 2006.  Petitioner's Motion to Hold Proceedings in Abeyance  (doc. no. 6) and Motion to Amend Petition are **DENIED.**

This case is **RECOMMITTED** to the United States Magistrate Judge for further proceedings according to law.

**IT IS SO ORDERED.**

                                                       s/Herman J. Weber  
                                       Herman J. Weber, Senior Judge  
                                         United States District Court